ATTACHMENT IV

PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING
DATE **10/2/19**

IN RE: **Catha Tucker**   CASE NO. **19-12943**

**APPEARANCES:**

( ) DEBTOR 1   ( ) DEBTOR 2 (Spouse in Joint Cases)
   ( ) Required picture I.D. produced      ( ) Required picture I.D. produced
   ( ) Required SSN verification produced      ( ) Required SSN verification produced
   ( ) Pay advices received      ( ) Pay advices received

Credit counseling certificate ( ) filed ( ) not filed
Tax returns received for_____(years) on_____
Financial Documents were ( ) retained by trustee ( ) returned to debtor{s}
( ) DEBTOR,S REPRESENTATIVE_____
( ) ATTORNEY FOR DEBTOR(S):_____
( ) DEBTOR(S) APPEARED PRO SE
   YES ( ) NO ( ) If Pro Se, did anyone assist with preparation?
   YES ( ) NO ( ) If Yes, obtain completed prose form.

THE MEETING OF CREDITORS WAS:
   ( )   HELD
      or
   ( )   NOT HELD
      or
   (X)   NOT CONCLUDED AND IS CONTINUED TO THE   DAY OF **1st of Nov.**
      20**19** AT **11:30** O'CLOCK **A**.M.

YES ( ) NO ( ) Attorney for debtor filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR{s}_____

DEBTOR(s) REQUIRED TO:
( ) AMEND Schedules and Statements within_____days of 341(a) Meeting.
( ) OTHER: **Still gathering info on lawsuit**

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
_____

ADDITIONAL NOTES: _____

DATED:_____   TRUSTEE_____
Track# **137** ____ or Tape#____ Side____ Counter Start#_____

UST 4/1/09