# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE:  CATHA TUCKER**                                    **CASE NO:  19-12943**
**DEBTOR**                                                  **CHAPTER 7**

## APPLICATION FOR EMPLOYMENT

**COMES NOW**, William L. Fava, the Chapter 7 Trustee for the Estate of the above-named Debtor and files this application for the employment of Wendy Elsey, attorney at law, and in support thereof states as follows:

1. That in order to facilitate his duties as Trustee, it is necessary for the Trustee to employ Wendy Elsey for the pursuit of a legal claim.

2. Any recovery shall be paid directly to the Trustee for disbursement as approved by the Court upon proper application.

3. Ms. Elsey is fully competent to advise the Trustee on all matters which are now anticipated to arise in the functioning of this proceeding and protect and preserve all rights of the Trustee and the debtor's estate.

4. Ms. Elsey will accept only such compensation as this Court deems just and fair upon application being made with this Court.

**WHEREFORE,** the undersigned requests that he be authorized to employ Wendy Elsey with compensation to be fixed by the Court, after proper application therefor.

**RESPECTFULLY** submitted, this the 22nd day of June 2020.

___/s/William L. Fava_____
WILLIAM L. FAVA (MSB# 101348)
Chapter 7 Trustee and Attorney at Law

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## CERTIFICATE OF SERVICE

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Application to Employ to the following:

U.S. Trustee
Via ECF at [USTPRegion05.AB.ECF@usdoj.gov](mailto:USTPRegion05.AB.ECF@usdoj.gov)

All Parties on Matrix

DATED June 22, 2020

                        ___/s/William L. Fava_____
                        WILLIAM L. FAVA
                        Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116